

**RECEIVED**
**IN CLERK'S OFFICE**

IN THE UNITED STATES DISTRICT COURT

FOR THE <u>MIDDLE</u> DISTRICT OF TENNESSEE DEC 2 3 2013
_____ DIVISION

**U.S. DISTRICT COURT**
**MID. DIST. TENN.**

| | |
|---|---|
| <u>Mr. Tyree Smith</u> Name ) | (List the names of all the plaintiffs |
| ) | filing this lawsuit. Do not use "et |
| Prison Id. No. <u>268325</u> ) | al." Attach additional sheets if |
| ) | necessary. |
| <u>Mr. Marcus Wright</u> Name ) | |
| ) | |
| Prison Id. No. <u>460159</u> ) | Civil Action No. _____ |
| ) | (To be assigned by the Clerk's |
| (Plaintiff(s)) ) | office. Do not write in this space.) |

**RECEIVED**
**IN CLERK'S OFFICE**

DEC 2 3 2013

**U.S. DISTRICT COURT**
**MID. DIST. TENN.**

Jury Trial ☑ Yes ☐ No

v.

| | |
|---|---|
| <u>C/O J. Champaco</u> Name ) | (List the names of all defendants |
| ) | against whom you are filing this |
| <u>C/O T. Perkins</u> Name ) | lawsuit. Do not use "et al." Attach |
| ) | additional sheets if necessary. |
| (Defendant(s)) ) | |

<u>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS</u>
<u>FILED PURSUANT TO 42 U.S.C. § 1983</u>

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes ☑ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____Not Applicable_____
_____
Defendants _____
_____

## Plaintiffs

1). Mr. Tyree Smith # 268325

2). Mr. Marcus wright # 460159

3). Mr. Charles Nelson # 370992

4). Mr. Courtney Stroggins # 370295

5). Mr. Michael Walker # 427022

6). Mr. Ernest Fitzgerald # 446498

7). Mr. Robert Hobson 402758

8). Mr. Bruce Matthews # 458505

9). Mr. Demario Driver # 417678

10). Mr. David Moore # 433008

**Defendants**

1. C/O  J. Champaco

2. C/O  T. Perkins

3. "Resigned" Cpl. F. Estes

4. "Resigned"  C/O   M. Spencer

5. C/O  S. Morris

6. Sgt. Juila  Campbell

Mr. Spell C. Smith
829 Saxon Ave.
Mphs, Tn. 38126
To: Clerk's Office

# COPY

2. In what court did you file the previous lawsuit? Not Applicable
   _____

   (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? Not Applicable

4. What was the Judge's name to whom the case was assigned? Not Applicable
   _____

5. When did you file the previous lawsuit? _____ N/A _____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____ Not Applicable _____
   _____

7. When was the previous lawsuit decided by the court? _____ N/A _____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

   ☐ Yes          ☐ No

   (If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. **THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT** (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? R.M.S.I. , 7475 Cockrillbend Blvd. Nashville, Tn. 37209
   _____

B. Are the facts of your lawsuit related to your present confinement?

   ☐ Yes          ☑ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

   DSNF, 7575 Cockrillbend Blvd. Nashville, Tn. 37243-0469
   _____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

   ☑ Yes          ☐ No

   If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☑ Yes          ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1.  What steps did you take? Finally ADMINISTRATIVE REMEDIES EXHAUSTED ALL THE WAY TO LEVEL 3.

2.  What was the response of prison authorities? THE COMMISSIONER CONCUR WITH THE WARDEN RESPONSE

G.  If you checked the box marked "No" in question II.E above, explain why not. _____ N/A

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☐ Yes          ☑ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☐ Yes          ☑ No

J.  If you checked the box marked "Yes" in question II.I above:

1.  What steps did you take? N/A

2.  What was the response of the authorities who run the detention facility? _____ N/A

L.  If you checked the box marked "No" in question II.I above, explain why not. _____ N/A

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III.  PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1.  Name of the first plaintiff: Mr. Tyree Smith

Prison Id. No. of the first plaintiff: #268325

Address of the first plaintiff:   R.M.S.I., 7475 Cockrillbend Blvd.
Nashville, Tn. 37209
· (Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

2.   Name of second the plaintiff:   Mr. Marcus Wright

Prison Id. No. of the second plaintiff:   # 460159

Address of the second plaintiff:   R.M.S.I., 7475 Cockrillbend Blvd.
Nashville, Tn. 37209
(Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification
numbers, and addresses on a separate sheet of paper.

B.   Defendant(s) against whom this lawsuit is being brought:

1.   Name of the first defendant:   C/O J. CHampaco

Place of employment of the first defendant:   DSNF

The first defendant's address:   7575 Cockrillbend Blvd.
Nashville, Tn. 37209

Named in official capacity?   ☑ Yes   ☐ No
Named in individual capacity"   ☑ Yes   ☐ No

2.   Name of the second defendant:   C/O T. Perkins

Place of employment of the second defendant:   DSNF

The second defendant's address:   7575 Cockrillbend Blvd.
Nashville, Tn. 37209

Named in official capacity?   ☑ Yes   ☐ No
Named in individual capacity"   ☑ Yes   ☐ No

If there are more than two defendants against whom you are bringing this
lawsuit you must list on a separate sheet of paper the name of each additional
defendant, their place of employment, their address, and the capacity in which
you are suing them.  If you do not provide the names of such additional
defendants, they will not be included in your lawsuit.  If you do not provide
their proper name, place of employment, and address, the Clerk will be
unable to serve them should process issue.

**Plaintiff**

Mr. Charles Nelson (Discharged)
    #370992
    7575 Cockrillbend Blvd.
    Nashville, Tn. 37209

## Plaintiff

Mr. Courtney Stroggins (Discharged)
   #370295
   7475 Cockrillbend Blvd.
   Nashville, Tn. 37209

**Plaintiff**

Mr. Michael Walker
   #427022
   7475 Cockrillbend Blvd.
   Nashville, Tn. 37209

**Plaintiff**

Mr. Ernest Fitzgerald
    #446498
    7475 Cockrillbend Blvd.
    Nashville, Tn. 37209

**Plaintiff**

Mr. Robert Hobson
    #402758
    7475 Cockrillbend Blvd.
    Nashville, Tn. 37209

## Plaintiff

Mr. Bruce Matthews
     #458505
     7475 Cockrillbend Blvd.
     Nashville, Tn. 37209

## Plaintiff

Mr. Demario Driver
#417678
7177 Cockrillbend Blvd.
Nashville, Tn. 37209

**Plaintiff**

Mr. David Moore
    #433008
    480 Green Chapel Rd.
    Henning, Tn. 38041

**DEFENDANT**

"RESIGNED" CPL. F. ESTES

PLACE OF EMPLOYMENT: UNKNOWN?

CAPACITY: INDIVIDUAL AND OFFICIAL CAPACITY. "INDEMNIFICATION"

**DEFENDANT**

"RESIGNED" C/O M. SPENCER

PLACE  OF  EMPLOYMENT: UNKNOWN?

CAPACITY: INDIVDUAL  AND  OFFICIAL  CAPACITY. "INDEMNIFICATION"

**DEFENDANT**

C/O  S. MORRIS

DSNF

7575  COCKRILL  BEND  BLVD.

NASHVILLE, TENNESSEE  37209

CAPACITY: INDIVIDUAL  AND  OFFICIAL  CAPACITY. "INDEMNIFICATION"

**Defendant**

Sgt. Julia Campbell

DSNF institution

7575 Cockrill Bend Blvd.

Nashville, Tennessee 37209

Capacity: Individual and Official Capacity………………"Indemnification"

Mr. Tyree C. Smith
829 Saxon Ave,
Mphs, Tn, 38126
To: Clerk's office

# COPY

## STATEMENT OF YOUR CLAIM

1. Hello. My name is Mr. Tyree C. Smith.
2. I'm a African American.
3. I use to be incarcerated at the Riverbend Maximum Security Institution ("RMSI") of the Tennessee Department of Correction in Nashville, Tennessee.
4. I was "Falsely" placed on maximum security at the NWCX institution for a "Assault on Staff" offense by C/O Jeremy Gooch on 2.29.08.
5. I was discharged from the TDOC/RMSI institution on 8.15.13.
6. On 9.21.12, I was shipped from the Lois Deberry Special Needs Facility ("DSNF") to the RMSI institution.
7. I Think about a month or so before I was shipped from the DSNF institution, I proceeded to file a Prison complaint against 20 dsnf staffs.
8. That particular "Proposed" prison complaint of mines was deposited into the Grievance box of unit 7-F.
9. It was deposited into the grievance box to Sgt. Julia Campbell ("the dsnf grievance chairperson").
10. Sgt. Julia Campbell "Deemed" my proposed prison complaint when she reviewed it.
11. She Deemed it as "Inappropriate to the Grievance Procedure".
12. She then, returned it back to me afterwards with a Grievance Notification sheet attached to it.
13. It stated that I needed to provide more specifics and details within my prison complaint.
14. The grievance notification sheet was highlighted when I received it.
15. It was highlighted by sgt. julia Campbell.
16. She wanted me to reprepare my prison complaint.
17. So I therefore reprepared my prison complaint.
18. As a matter of fact, this little event happen several times.
19. Anyhow, to make a long story short, I didn't have adequate time to finish repreparing my prison complaint again before I ("unexpectedly") was shipped from the dsnf institution to the rmsi institution on 9.21.12.
20. So therefore, I had no choice but to finish repreparing my prison complaint at the rmsi institution.
21. And once I finally arrived there and got situated first, and finished repreparing my prison complaint as well, I immediately then mailed it ("my prison complaint") **directly** to sgt. julia Campbell through the u.s.mail with precisely **4** American Flag postage stamps attached on the front of a large legal manila envelope that I placed my prison complaint inside of.

2.

22. And allegedly, one way or the other, sgt. Julia campbell did in fact received my prison complaint that I proposed to her through the u.s. mail.

23. **In fact, I'm a Hundred Percent Positive that she did receive it.**

24. However, right today, sgt. Julia Campbell still remains in denial of doing so.

25. And for some very awkward reason, I still can't help but to feel like sgt. Julia Campbell is laughing in my fsce about it as well.

26. She know what she did was very "Grimy" and Unconstitutional.

27. And right today, it still gets me all furious and agitated each time I think about it?

28. I'm sorry, but I can't help but to still think about it sometimes.

29. So therefore, by any chance, if this civil claim that I am proposing is approved into the court because of something or anything like a legal Technicality like that Sgt. Julia Campbell allegedly committed, which she did do, then if possible, I would like for sgt. Julia campbell to be criminal prosecuted just as well as I want the rest of the Defendants prosecuted as well.

30. Because, sgt. Julia Campbell intentionally and voraciously violated my rights and didn't care not one single bit about it when she did it.

31. However, so eventually, when she didn't give me any response regarding to my prison complaint, I therefore filed a prison complaint against her personally.

32. I filed a prison complaint against her for not processing my prison complaint ("through the dsnf grievance procedure") that I proposed to her through the u.s.mail about the 20 dsnf staffs.

33. As a matter of fact, speaking of that particular prison complaint against sgt. Julia Campbell that I filed, the "New" DSNF Grievance Chairperson ("Cpl. Ty Parker") tried to refuse to Process that particular prison complaint of mines when I forwarded it to him to be processed through the dsnf grievance procedure.

34. Cpl. Ty Parker became the new dsnf grievance chairperson around the time when sgt. Julia Campbell recently got promoted as sergeant although it was real awful strange to me how she all of a sudden got promoted?

35. Anyhow, **memorandumly**, Sgt. Gregory Leonard had to forward and address the tdoc grievance policy to cpl. ty parker in order to force cpl. ty parker to pursuant and abide by the tdoc grievance policy so that my proposed prison complaint against sgt. Julia Campbell can be processed through the dsnf grievance procedure.

36. According to Sgt. Gregory Leonard, he knew cpl. ty parker was up to no good when cpl. Ty parker returned my prison complaint to him after when I had forwarded it to him ("parker") several days ago.

37. Cpl. Ty Parker wanted sgt. Gregory leonard to return my proposed prison complaint back to me through the In-House via mail at the rmsi institution where I was located at.

38. Sgt. Gregory Leonard is the RMSI Grievance Chairperson.

39. So like I said, sgt. Gregory leonard had to address and forward a memorandum sheet along with my proposed prison complaint (against sgt. Julia Campbell) to cpl. Ty parker in order to force cpl. Ty parker to pursuant and abide by the tdoc grievance policy.

40. However, to make a long story short, those are the difficult steps that I had to take in order to show proof that I went through the dsnf grievance procedure and ("Finally") gotten

3.

something mentioning on paper about the 20 particular dsnf staffs that I tried to file a complaint about.

41. But still, as I speak, I still also Vigorously feel that sgt. Julia Campbell, in other words, prevented my uncle from paying the civil claim filing fee for me to the middle district court clerk's office which I was very, very much planning on for my uncle to do so exactly in the month of December of 2012.

42. But unfortunately, things didn't go accordingly the way I expcted.

43. And it's all sgt. Julia campbell's fault because she wanted to play those psychological mind games with me about my prison complaint that she refused to process.

44. So therefore, sgt. Julia campbell is strongly considered as a Defendant within this "proposed" civil case claim as well because she Violated My Rights.

45. Besides, I have already addressed this entire particular issue and my situation several times to the middle district court clerk's office.............................including even about a month ago as well.

46. However, like I said earlier, I was shipped from the dsnf institution to the rmsi institution on 9.21.12.

47. Me and Max Prisoner Courtney Stroggings got into a Heated Argument with each other outside in the Rec. Cage area at the dsnf institution on 3.28.12.

48. Me and Mr. stroggins was inside Separate Locked rec. cages.

49. Max Prisoner Marcus Wright and Max Prisoner Charles Nelson got into a Heated Argument with each other outside as well as me and mr. stroggins continued arguing with each other through the rec. cages.

50. Mr. Wright and Mr. Nelson was also inside separate rec. cages as well.

51. However, about 2 hours later, C/O T. Perkins and C/O J. Champaco entered into the rec. cages area to escort the 4 of us ("one by one") back into the unit and straight back to each of our "One Man Cellroom" because all of our recreation hour had expired for that particular day ( 3.28.12 Approx. 3:20 p.m. 2ND shift unit 7-F rec. area dsnf ).

52. However, suddenly, as soon as perkins and champaco entered into the rec. cage area, mr. wright quickly asked the both of them would they allow him and mr. nelson to go toe to toe with each other right now inside the same rec. cage?

53. Surprisingly, perkins and champaco quickly told mr. wright----------"yes".

54. However though, mr. wright's rec. cage door was already completely unlocked right before the end of 1st shift before perkins and champaco ever arrived on duty within unit 7-f on 2nd shift.

55. Unintentionally, about an hour before 2nd shift proceeded, Cpl. A. Reinitz didn't lock mr. wright's rec. cage door.

56. Anyhow, champaco proceeded to unlock mr. nelson's rec. cage door as perkins was already standing posted in front of Mr. wright's "unlocked" rec.cage door as perkins then proceeded to open it "wider" as mr. wright then exited out of his rec. cage and entered into mr. nelson's rec. cage as the both of them quickly proceeded ("violently") to fight each other.

57. The fight lasted for probably about 5 of 6 minutes.

4.

58. And, then, afterwards, me and mr. stroggins proceeded to go toe to toe with each other as well.
59. The fight lasted for probably about 3 or 4 minutes.
60. And allegedly, as a result, I encountered a knot on the left side of my forehead.
61. The right side of my nostril started bleeding.
62. And my pinky finger of my right hand was severely injuried as well.
63. Mr. Stroggins injuried one of his fingers of his right hand.
64. Mr. Nelson encountered a very awful blood clot in his right eye.
65. Mr. Wright encountered no physical injuries.
66. However, after both of the physical altercation incidents had just ended, and as I was being escorted back to my cellroom from the rec. cage area by perkins and champaco, I then indicated to the both of them to escort me to the medical triage room of unit 7-f so that the a-shift nurse could quickly examine my pinky finger of my right hand, because my pinky finger was hurting quite severely at that exact particular moment as I was being escorted back to my cellroom by perkins and champaco from the rec. cage area.
67. But still, I had really needed some medical treatment as soon as possible.
68. My pinky finger was swollen as well.
69. Perkins and Champaco refused to escort me to the medical triage room for my pinky finger to be treated.
70. Apparently, the both of them thought that I would've got them both in trouble if the A-shift nurse would've questioned me about the knot on the left side of my forehead if I would've been escorted (right then and there) to the triage room by the both of them.
71. So, as perkins and champaco was still escorting me to my cellroom from the rec. cage area, they also proceeded to tell me to just go lay down on my bunk/bed and everything will be all right and that they will return back to my cellroom door in a few minutes to escort me to the shower area pretty soon once they were ready for me.
72. However, to make a long story short, I had to wait "Patiently" all the way until perkins and champaco went home on 3rd shift at 10 O'clock p.m. in order for me to have had the opportunity to ask the b-shift nurse ("finally") for a few ibuprofens and to sign me up on sick call regarding to my pinky finger being severely injuried (3.28.12 approx. 10:45 p.m. 3rd shift unit 7-f #11o cell dsnf).
73. Allegedly, my pinky finger hurted for about 15 days and not once ever did P/A David Sehorn (or any other dsnf medical official) approaching my cellroom door regarding to anything about the injury of my pinky finger.
74. In Fact, I even hardly slept at night sometimes.
75. So 8 days passed of my injury, and still, not one sign of sehorn (or any other dsnf medical official) approaching my cellroom door regarding to anything about the injury of my pinky finger.
76. So, exactly on the 8th day, I was signed up on sick call once again.
77. But this time, I was signed up on sick call by the a-shift nurse on that particular day there (4.5.12 approx. 2:00 p.m. 2nd shift unit 7-f #110 cell dsnf).

5.

78. And still, like I said, not one sign of sehorn or any other dsnf medical official approaching my cellroom door regarding to the injury of my pinky finger.

79. However, like I said ("at number #60"), my pinky finger hurted for about 15 days.

80. So about 3 or 4 weeks later after that, my pinky finger proceeded to start feeling really sort of "Vibrant"/ "Abnormal".

81. The "Unusual" Feeling of it won't go away permanently.

82. Hopefully oneday it will.

83. And I believe it has nothing to do with arthristis.

84. As a matter of fact, I have filed a prison complaint against Nurse Practitioner Lisa Jack for her refusing to appoint me to a occupational therapist regarding to the injury of my pinky finger.

85. However, So therefore, I hold C/O T. Perkins and C/O J. Champaco "Criminal" Responsible for the cause of the 3 physical injuries that I encountered............................. especially and **allegedly** regarding to the "permanent" injury of my pinky finger.

86. However, once again, togetherly, perkins and champaco was **Personal Involved** in another particular "illegal" activity regarding to the both of them allowing 2 more other maximum security prisoners to engage into a physical altercation with each other inside the rec. cage of unit 7-f at the dsnf institution.

87. **But first, upon information and belief,**

88. **A.** C/O T. Perkins and "Resigned" C/O M. Spencer allowed Max Prisoner Michael Walker and Max Prisoner Ernest Fitzgerald to engage into a physical altercation with each other inside the same rec. cage ( between 10.14.11 and 11.30.11   between 2:30 p.m. and 4:00 p.m. 2nd shift unit 7-f rec. area dsnf ).

**B.** "Resigned" Cpl. F. Estes and C/O T. Perkins allowed Max Prisoner Michael Walker and Max Prisoner Robert Hobson to engage into a physical altercation with each other inside the same rec. cage ( between 12.1.11 and 12.31.11   between 2:30 p.m. and 4:00 p.m. 2nd shift unit 7-f rec. area dsnf ).

**C.** C/C T. Perkins and C/O J. Champaco allowed max prisoner Bruce Matthews and Max Prisoner Ernest Fitzgerald to engage into a physical altercation with each other inside the same rec. cage ( 4.8.12   approx. 2:45 p.m. 2nd shift unit 7-f rec. area dsnf ).

**D.** And just for a bonus, "Resigned" Cpl. F. Estes and C/O S. Morris allowed Max Prisoner Demario Driver and Max Prisoner David Moore to engage into a physical altercation with each other inside the same rec. cage ( between 6.1.11 and 7.31.11   between 2:30 p.m. and 4:00 p.m. 2nd shift unit 7-f dsnf ).

89. Regarding to the 4 of those particular "illegal" activities that's indicated at number #85, that is what I consider to be an example of a pattern of abuse.

90. And it have been going on for quite some time within the dsnf institution now.

6.

91. Well, that's until I was the only individual who had the courage to take "grievance actions" against those 5 particular **"Desperado"** dsnf staffs of their **unlawful** behavior within the dsnf institution.

92. And now all of a sudden, C/O M. Spencer, Cpl. F. Estes and probably all the rest of the defendants as well have all ("slowly") resigned one by one from the tdoc/dsnf institution?

93. Slitherly, each of them are trying to avoid the litigation and imprisonment that I'm ("still") seeking against each of them.

94. In fact, allegedly, each of them are still very skeptical about me still moving forward with this case against them since that I'm no longer incarcerated anymore.

95. However, upon information and belief, any of those 6 particular max prisoners that are involved in the incidents at number #86, encountered no physical injuries.................................................all except for Mr. Bruce Matthews.

96. Mr. Matthews was punched in the testicales 2 or 3 times by Mr. Ernest fitzgerald.

97. Regardless, allegedly, all 5 of those particular defendants **("Sadistically")** operated those illegal activities out of an evil motive.

98. trust me, they love violence!

99. **In fact, just ask their real ole No Good, Crooked, Shyster Buddy of theirs whose in Trial/federal court right now in nashville for him and his "Deceasd" son murdering those beautiful womens several years ago.**

100. And I'm sure that the federal officials know exactly who I'm implying about because him and his son is real pure cowards to their hearts.

101. anyhow though,

102. **Suspension of the statute of limitation.** Appointed to an Civil Attorney. A Class Action. A Jury trial. Subpeona Witnesses. A change of venue. A Criminologist. A Penologist.

103. Respectfully, I'm requesting for me to be granted (on my behalf) of those 8 particular things that's listed at number #100.

104. The Municipality of Nashville, the Tennessee Department of Correction, and the Tennessee Academy ought to be Fully Responsible and Liable for all of the Defendants illegal actions although at all times each of the Defendants did in Fact acted under color of state law.

105. I'm Requesting for me to be Awarded Compensatory and Punitive Damages for the **3** Physical Injuries that I Encountered.

106. And that goes especially and allegedly for the "Permanent" injury of my pinky finger that I encountered.

107. So therefore, I'm requesting to Sue each of the Defendants in each of their Individual and Official Capacity on the Behalf of all the Plaintiffs regarding to my incident at number #45. "Class Action".

108. However, due to the Defendants Low Income, I'm worry that the Defendants doesn't have enough Money of the Money Damages that I'm requesting to be awarded of.................................................**Please See "Relief Requested".**

7.

**109.** So therefore, **With All Due Respect**, I'm requesting to the District Court ( or to whomever this may concern ) to order the Money Damages that I'm Requesting to awarded of to be paid ("Altogetherly") by the Municipality of Nashville, the TDOC and by the Tennessee Correction Academy for the 3 Physical Injuries that I Encountered..........................................**"Indemnification".**

110. A Motion to Dismiss. Appeal. Objection. Opposition. A Motion to relate. A Motion of Reconcideration. Summary Judgment. Declaration. Document Production. Interrogatories. Deposition Transcripts. Inspection.

111. I'm aware of all of those 12 particular Legal things that's listed at number #108.

112. Exactly 2 Minimum or Medium Custody Level Prisoners at every Temporary or Permanent Segregation Housing unit ( or pod ) of the TDOC need to be Ordered by the District Court for those 2 Particular Custody Level Prisoners to Observe the Interactions ( at ALL times ) between the TDOC staffs and the max prisoners.................................especially whenever a max prisoner is being escorted to ( or is ALREADY within ) a Secluded area from out the Visibility of ANY of the TDOC insititution's Cameras.

113. The 2 Particular Minimum or Medimum Custody Level Prisoners ("Trustees") should at ALL times be Posted or walking within 10 feets away from the TDOC staffs and the max prisoner as the max prisoner is being escorted within any Location of the TDOC Institution.

114. The 2 Trustees are also ALLOWED to enter ANYWHERE like an Elevator along with the TDOC staffs and the max prisoner at the same time.

115. And at ALL times while the 2 Trustees are on Duty ( inside ANY Segregation Housing Unit ), the 2 trustees MUST REMAIN ABSOLUTELY AND COMPLETELY QUIET WHENEVER THE TDOC STAFFS IS INTERACTING WITH A MAX PRISONER.

116. And UNDER NO CIRCUMSTANCES, AT ANY GIVEN TIME, SHALL **NO** TDOC STAFF OR EMPLOYEE SHALL HAVE THE AUTHORIZATION TO SPEAK, CONVERSE OR EVEN QUESTION EITHER OF THE 2 TRUSTEES WHILE THE 2 TRUSTEES ARE ON DUTY.............................................**UNLESS** IT IS A TOP TDOC PRISON OFFICIAL WHOSE OCCUPATIONAL TITLE IS **NO** LESSER THAN A DEPUTY WARDEN'S OCCUPATIONAL TITLE.

117. Any or ALL Designees are **EXCLUDED!** They will NOT be Given ANY AUTHORITY!

118. Also, number #114 Applies to ANY OR ALL of the TDOC CONTRACTOR'S MEDICAL OFFICIALS/PERSONNELS as well **UNLESS** it is STRICTLY a medical issue regarding ONLY and DIRECTLY to the 2 Particular Trustees ONLY!

119. And by ALL Means, Even While off Duty, the 2 Trustees are **FORBIDDEN** to Discuss or Mention to ANYONE about what Took Place ( or what's taking place ) on this or that such and such day inside the Segregation Housing Unit or Units ?

120. Additional "TRAINED" Trustees will be Needed as Many as Needed ( at ANY given time ) to observe the Interactions between the TDOC staffs and the Max Prisoners within **ANY** of the TDOC institution during ANY MINOR OR MAJOR "RANDOM" Cellroom Search OR "STRIP SEARCH".

121. From number #110 through number #118, that is my Proposed and "Permanent" injuction that I am Respectfully and Vigorously requesting to be Granted of as well.

8.

122. °AND UNDER NO CIRCUMSTANCES, will there be Any Exceptions to number #110 through number #118……………………………………………**Unless it is a Real Live Actual Safety Hazard Situation that is About to Occur for Certain!**

123. However, My Proposed "Permanent" injuction is Legitimate and Very Reasonable.

124. IN FACT, allegedly, it will Definitely Reduce and Prevent ANY further Possible Problems of the SAFETY and FEDERAL RIGHTS of the Maximum Security Prisoners.

125. The 6 Particular illegal events that's indicated at number #44 and #85, can also be found on page 4 and 5 of My "Unprocessed" prison complaint……………………………………….the one Sgt. Julia Campbell is Indenial of ?

126. Those particular illegal events of which I'm speaking of, they can be found at number #14 through #19 within My "Unprocessed" prison complaint.

127. Regarding to all the rest of the illegal activities that's indicated within My "Unprocessed" Prison Complaint, those particular illegal activities are very Similar to how other Maximum Security Prisoners are being Treated as well ( among other Harsh, Restrictive, Unjust and Abusive Prison Conditions ) at other Segregation Housing Units of the TDOC from the "Past" and Still within the "Present" as I Speak.

128. Number #125 also Applies to the T.P.W. and the C.C.A. Institutions/Facilities as well.

129. However, upon information and belief, the TDOC Institutions of which I'm **MAINLY** speaking of, are the following…………………………………….MCCX, WTSP, NECX AND THE BMCX INSTITUTIONS.

130. Also, including the RMSI institution as well as far as the Very **Horrible**, **Tragic** and **Wrongful** Death of Maximum Security Prisoner MR. Jason Toll in Unit #3 B-POD in 2010 at the RMSI institution.

131. Enclosed with this Proposed Civil Claim of Mines are Lot's of Copies/ Exhibits that I'm Requesting for the Court to Review.

132. The End. Thank You. May God Bless.

----End of Civil Claim---

* A "Failure to Protect/SECTION 1983" VIOLATION *

* A "Federal Rights" VIOLATION *

* A "Equal Protection" VIOLATION *

1. MR. Marcus Wright #460159
2. MR. Charles Nelson #370992

9.

3. MR. Tyree C. Smith #268325
4. MR. Courtney Stroggins #370295
5. MR. Michael Walker #427022
6. MR. Ernest Fitzerald #446498
7. MR. Robert Hobson #402758
8. MR. Bruce Matthews #458505
9. MR. Demario Driver #417678
10. MR. David Moore #433008

**Duly Noted:** Cpl. F. Estes and C/O M. Spencer have Resigned from the DSNF institution. So Therefore, I do not Have the Slightest Idea whose their current employers are ?

And the same goes for the rest of the defendants who might've resigned from the dsnf institution as well.

**However, Mr. Courtney Stroggins, Mr. Charles Nelson and Myself is NO longer Confined within the TDOC anymore.**

Unfortunately, the rest of the Plaintiffs are still confined within the TDOC I assume.

**Duly Noted:** Also, on 6.30.13, at the rmsi institution, unit #4 E-Pod, B-shift, all of My Personal Property was CONFISCATED AWAY FROM ME BY C/O K. SIMMONS AND C/O A. BROWN.

All of My White "Underclothen" was within My Personal Property during that Particular time as well.

However, the White T-shirt that I wore when ME and Mr. Stroggins went Toe to Toe with each other on 3.28.12, that particular white T-shirt was CONFISCATED as well when all of My underclothen was confiscated by C/O K. Simmons and C/O A. Brown.

However, I Encountered a Nose Bleed from the injury of the Right side of My Nostril from the Physical Altercation between ME and Mr. Courtney Stroggins.

A Drop of Blood from the Right side of My Nostril Landed at the Bottom of that particular white T-shirt of which I'm speaking of.

So therefore, to make a Long story short, I NO Longer have Possession of that particular white T-shirt anymore.

10.

But the Lord know's that I Truly Tried to Remain with that particular white T-shirt in my Possession for as long as I possibly could.

**I was trying to save it for some type of Proof or something?**

**RELIEF REQUESTED: SPECIFY WHAT RELIEF YOU ARE REQUESTING AGAINST EACH DEFENDANT.**

A. For the type of Surveilance cameras that's installed into something like a Federal Bank to be installed into all of the TDOC institutions as well because after a very certain amount of time, the footages of the cameras that's installed inside the TDOC'S institutions right now erases themselves automatically.

B. Exactly 2 Minimum or Medium Custody Level Prisoners ("Trustees") to be ordered by the District Court for the 2 Trustees to observe the interactions between the TDOC staffs and the Maximum Security Prisoners **AT ALL TIMES!**

C. I'm Respectfully and Vigorously requesting to be Awarded 3.3 Million Dollars in Money Damages for the 3 Physical injuries that I allegedly encountered.

**DO YOU WISH TO REQUEST FOR A JURY TRIAL?** DEFINITELY.

Mr. Tyree C. Smith
829 Saxon Ave.
Mphs, Tn. 38126

To Clerk's Office



I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 2013 .

(1.) Signature: x *Shawn Johnson*

Prison ID Number: x 294835

Address: x 7575 Cockrillbendblvd

Nashville, Tn. 37209-1057
(Include city, state and zip code)

(2.) Signature: _____

Prison ID Number: _____

Address: _____

_____
(Include city, state and zip code)

(3.) Signature: X *James Wood*

Prison ID Number: x 425812

Address: x 7575 Cockrill Bend Blvd.

Nashville, TN 37209 - 1056
(Include city, state and zip code)

ALL PLAINTIFFS MUST SIGN THE COMPLAINT. If there are more than three plaintiffs, attach additional signatures with prison identification numbers and addresses.

4. NAME and T.D.O.C. number:
   ADDRESS and Zip Code:
5. NAME and T.D.O.C. number:
   ADDRESS And Zip Code:
6. NAME And T.D.O.C. number: Ronald Greene 110142 Ronald Greene
   ADDRESS And Zip Code: 7575 Cockrill Bend Rd 37209
7. NAME And T.D.O.C. number:
   ADDRESS And Zip Code:
8. NAME And T.D.O.C. number:
   ADDRESS And Zip Code:
9. NAME And T.D.O.C. number:
   ADDRESS and Zip Code:
10) NAME And T.D.O.C. number:
    ADDRESS And Zip Code:
11. NAME And T.D.O.C. number:
    ADDRESS And Zip Code:
12. NAME And T.D.O.C. number:
    ADDRESS And Zip Code:
13) NAME And T.D.O.C. number: Tammy Lee Hollis — 00413338
    ADDRESS And Zip Code: 75.75 Cockrill bend Bvd 37029
14) NAME and T.D.O.C. number:
    ADDRESS And Zip Code:
15. NAME And T.D.O.C. number:
    ADDRESS and Zip Code:
16) NAME and T.D.O.C. number: Equilius Bolton Equilius Bolton #449343
    ADDRESS And Zip Code: D.SNE 7575 Cockrill Bend Blvd 37209
17) NAME and T.D.O.C. number:
    ADDRESS And Zip Code:
18) Signature And T.D.O.C. number: DE'MARIO DRIVER DeMario Driver # 417678
    ADDRESS and Zip Code: 7575 COCKRILL BEND Blvd Nashville TN, 37209

|   |   | Address And Zip Code: |
|---|---|---|
| D.M. | 18. | Signature and T.D.O.C number: |
|   |   | Address And Zip Code: 7575 Cockrill bend blvd nash Tn 37209 |
|   | 19 | Signature and T.D.O.C number: Marcus Wright 460159 |
|   |   | Address And Zip Code: |
| C.N. | 21. | Signature and T.D.O.C number: |
|   |   | Address And Zip Code: |
|   | 22. | Signature and T.D.O.C number: Mr. Tyree Smith #268335 |
|   |   | Address And Zip Code: 7575 Cockrill Bend Blvd. Nashville, Tn. 37209 |
| C.S. | 23 | Signature and T.D.O.C number: |
|   |   | Address And Zip Code: |
| M.W. | 24 | Signature And T.D.O.C number: Michael Walker 427022 |
|   |   | Address and Zip Code: 7575 Cockrill Bend Blvd Nashville, TN 37209 |
| R.H. | 25. | Signature and T.D.O.C number: Michael Walker 427022 |
|   |   | Address And Zip Code: |
| B.M. | 26. | Signature and T.D.O.C.number: Bruce Mathews, 458505 |
|   |   | Address and Zip code: 7575 Cockrill Bend Blvd Nashville, TN 37209 |
| E.f. | 27. | Signature and T.D.O.C number: Ernest Fitzgerald 446498 |
|   | a | Address And Zip Code: 7575 Cockrill Bend Blvd Nashville, TN 37209 |
| D.O. | 28 | Signature and T.D.O.C number: |
|   |   | Address And Zip Code: |
| N.M. | 29. | Signature and T.D.O.C number: |
|   |   | Address And Zip Code: |
| D.S. | 30. | Signature And T.D.O.C number: |
|   |   | Address And Zip Code: |
| H.W. | 31. | Signature And T.D.O.C number: |
|   |   | Address And Zip. Code: |
| D.E. | 32. | Signature And T.D.O.C number: |

33. Signature and T.D.O.C number :

    ADDRESS and Zip Code :

34. Signature and T.D.O.C. number :

    ADDRESS and Zip Code :

35. Signature and T.D.O.C. number :

    ADDRESS and Zip Code :

36. Signature and T.D.O.C. number : Chris Greene #437648

    ADDRESS and Zip Code : MCCX PO Box 2000 Wartburg, TN 37887

37. Signature and T.D.O.C. number :

    ADDRESS and Zip Code :