IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYREE SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | CASE NO. 3:13-1444 |
| vs. ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| ) | |
| C/O J. CHAMPACO, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court upon a "Motion to Ascertain Status of Case" filed by Plaintiff James L. Wood. Docket No. 98. Plaintiff seeks to ascertain the status of two Motions he filed on March 25, 2014 (Docket Nos. 78, 79). The Motion is GRANTED. The status of the two Motions is that they are under consideration by the Court and will be decided in due course.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge