IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TYREE SMITH, et al.              )
                                 )
v.                               ) NO. 3-13-1444
                                 ) JUDGE CAMPBELL
C/O J. CHAMPACO, et al.          )

ORDER

In light of the Plaintiffs' Proposed Amended Complaint (Docket No. 242), the Report and Recommendation (Docket No. 222) is rejected, and this action is referred back to the Magistrate Judge for further case management and recommendations on any dispositive motions.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE